*E-FILED on 2/18/14*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN M. PRICE, ) | No. C 13-5505 RMW (PR) |
| ) | |
| Plaintiff, ) | ORDER OF TRANSFER |
| ) | |
| v. ) | |
| ) | |
| DR. CHRISTOPHER POLLICK, et al., ) | |
| ) | |
| Defendants. ) | |

Plaintiff, who is currently housed in the California Institute for Men, filed a letter which initiated these proceedings pursuant to 42 U.S.C. § 1983. The acts complained of occurred in Chino, which lies within the venue of the Central District of California. Therefore, venue properly lies in the Central District. See 28 U.S.C. § 1391(b). Accordingly, this case is **TRANSFERRED** to the United States District Court for the Central District of California. See 28 U.S.C. § 1406(a). The clerk shall terminate all pending motions and transfer the entire file to the Central District of California.

IT IS SO ORDERED.

DATED: 2/18/14

*/s/ Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order of Transfer
G:\PRO-SE\RMW\CR.13\Price505trans.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOHN M PRICE,

        Plaintiff,

  v.

CHINO STATE PRISON et al,

        Defendant.

Case Number: CV13-05505 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 18, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John M. Price V76634
AMH=136L
California Institute for Men
PO Box 368
Chino, CA 91708

Dated: February 18, 2014

        Richard W. Wieking, Clerk
        By: Jackie Lynn Garcia, Deputy Clerk